THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Tocara N.
 Smith, Appellant.
 
 
 
 
 

Appeal From Charleston County
 R. Markley Dennis, Jr., Circuit Court
Judge

Unpublished Opinion No.  2010-UP-488  
 Submitted November 1, 2010  Filed
November 4, 2010

APPEAL DISMISSED

 
 
 
 Appellate Defender Kathrine H. Hudgins, of
 Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief
 Deputy Attorney General John W. McIntosh, and Assistant Deputy Attorney General
 Salley W. Elliott, all of Columbia; and Solicitor Scarlett Anne Wilson, of
 Charleston, for Respondent.
 
 
 

PER CURIAM: Tocara N. Smith appeals her concurrent
 sentences of twenty-three years' imprisonment for first-degree, burglary, five
 years' imprisonment for involuntary manslaughter, and five years' imprisonment
 for grand larceny.  On appeal, Smith argues the plea court erred by sentencing
 her in excess of the statutory maximum for involuntary manslaughter.  After a
 thorough review of the record, counsel's brief, and Smith's pro se brief,
 pursuant to Anders v. California, 386 U.S. 738 (1967), and State v.
 Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and
 grant counsel's motion to be relieved.[1]
APPEAL
 DISMISSED.
THOMAS,
 PIEPER, and GEATHERS, JJ., concur.  

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.